**Order entered May 29, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00476-CV

### IN THE GUARDIANSHIP OF E.F.L., AN INCAPACITATED PERSON

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-1586-2**

## ORDER

In response to appellant's motion to review the trial court's order sustaining the contest to her affidavit of indigence, this Court ordered a supplemental clerk's record and reporter's record related to the contest of appellant's affidavit of indigence to be filed by May 22, 2014. The Court received the supplemental clerk's record on May 21, 2014. On May 27, 2014, the Court received from the trial court clerk a copy of the trial court's May 21, 2014 amended order denying the contest to appellant's affidavit. We **ORDER** John Warren, Dallas County Clerk, to file a supplemental clerk's record by **JUNE 6, 2014** containing the trial court's May 21, 2014 amended order.

In light of the trial court's amended order denying the contest to appellant's affidavit of indigence, we **DENY** as moot appellant's motion to review the trial court's order sustaining the contest. We **ORDER** Joie Rivera, Official Court Reporter for Probate Court No. 2 of Dallas County, Texas, to file the reporter's record in this appeal by **JUNE 18, 2014**.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE